**IN THE UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

PAETEC COMMUNICATIONS, INC.,   )
       Plaintiff,   )
  vs.   )
VERIZON COMMUNICATIONS, INC.,     Civil Action No.
       Defendant

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for PAETEC Communications, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of PAETEC Communications, Inc. which have any outstanding securities in the hands of the public:

    PAETEC Holding Corporation

These representations are made in order that the judges of this court may determine the need for recusal.

                                      Attorney of Record

                                      S/ Jeffrey.J. Binder

D.C. Bar No. 475821               Jeffrey J. Binder, Esq.

BAR IDENTIFICATION NUMBER      2510 Virginia Avenue, NW

                                      Washington, D.C. 20037

                                      (202)965-0199