IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAETEC COMMUNICATIONS, INC.,      )
                                  )
        Plaintiff,                )
                                  )
    vs.                           )
                                  )  C.A.No. 1:07CV00631(RJL)
                                  )
VERIZON COMMUNICATIONS, INC.,     )
                                  )
        Defendant.                )
                                  )
_____)

NOTICE OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff PAETEC Communications, Inc. discontinues the above-entitled action and dismisses the complaint with prejudice.

    /s/
Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
2510 Virginia Avenue, NW
Washington, D.C.  20037
j.j.binder@verizon.net

Dated this 23rd day of July, 2007